UNITED STATES DISTRICT COURT  COURTESY COPY
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

MARY JO MACE.

                        PLAINTIFF,

  VS

                                               CASE NO. 05-CIV.-2786

COUNTY OF SULLIVAN; DANIEL         (SCR)
BRIGGS, INDIVIDUALLY AND AS
COUNTY MANAGER OF THE COUNTY  OBJECTIONS TO THE
OF SULLIVAN; OLGA PARLOW,            REPORT AND
INDIVIDUALLY AND AS COUNTY           RECOMMENDATION
TREASURER OF THE COUNTY OF           OF THE MAGISTRATE
SULLIVAN; PAMELA ROURKE,               JUDGE
INIVIDUALLY AND AS
COMMISSIONER OF PERSONNEL
OF THE COUNTY OF SULLIVAN;
HARVEY SMITH, INDIVIDUALLY
AND AS COMMISSIONER OF GENERAL
SERVICES OF THE COUNTY OF
SULLIVAN; JOHN DOE; AND
JANE DOE

                      DEFENDANTS.

--------------------------------------------------------x

TO THE HONORABLE STEPHEN C. ROBINSON, UNITED STATES DISTRICT JUDGE

Plaintiff Mary Jo Mace does hereby respectfully object to the Report and Recommendation herein of the Honorable George A. Yanthis, United States Magistrate Judge dated November 13, 2007, and to each and every part thereof with the exception of the following:

1. Plaintiff does not object to section I. of the Report and Recommendation entitled "Rule 12(b)(6) Standard".
2. Plaintiff does not object to section II. of the Report and Recommendation entitled "Background", except to the extent that the section fails to state Plaintiff's contention that the Defendants had no power of any kind over Plaintiff's employment and the termination thereof.

3. Plaintiff does not object to the recommendation that the Court deny dismissal of the equal protection claims against the Defendants County, Briggs and Smith. (In this regard, Plaintiff assumes that the reference to "Briggs" in the last line of page 13 of the Report and Recommendation is a typographical error, intended to be "Rourke". If not, Plaintiff objects to the recommendation to dismiss the equal protection claim against Defendant Briggs.)
4. Plaintiff does not object to dismissal of the equal protection claim as against Defendants Rourke and Parlow.

November 20, 2007

RESPECTFULLY SUBMITTED.

_____
STEPHEN L. OPPENHEIM (SO6643)
ATTORNEY FOR PLAINTIF
55 EAST 9TH STREET – 3C
NEW YORK, NEW YORK 10003
212 673 5887