UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MARY JO MACE,

        Plaintiff,

    v.

COUNTY OF SULLIVAN; DANIEL BRIGGS, individually and as county manager of sullivan county, OLGA PARLOW, individually and as County Treasurer of the County of Sullivan, PAMELA ROURKE, individually and as Commissioner of Personnel of the County of Sullivan, HARVEY SMITH, individually and as Commissioner of General Services of the County of Sullivan, JOHN DOE, AND JANE DOE,

        Defendants.

05 Civ. 2786 (SCR)

ORDER

**STEPHEN C. ROBINSON, District Judge:**

    Pursuant to Fed. R. of Civ. P. 54(b), the Court directs entry of a final judgment in the matter of Mace v. County of Sullivan, et al., dismissing Plaintiff's claims for violations of due process, both procedural and substantive, Plaintiff's First Amendment claim, and equal protection claim with respect to Ms. Rourke and Ms. Parlow, there being no just reason for delay. Plaintiff's equal protection claim with respect to Mr. Briggs and Mr. Smith has not been dismissed.

It is So Ordered.

Dated: White Plains, New York

      June 16, 2010

                                          Stephen C. Robinson, U.S.D.J.