UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MARY JO MACE                                              05 CV 02786 (SCR)
             Plaintiff,                             PARTIAL
                                                    JUDGMENT

    -against-

COUNTY OF SULLIVAN, DANIEL BRIGGS,
Individually and as County Manager fo Sullivan
County, OLGA PARLOW, Individually and as
County Treasurer of the County of Sullivan,
PAMELA ROURKE, Individually and as
Commissioner of Personnel of the County of
Sullivan, HARVEY SMITH, Individually and as
Commissioner of General Services of the County
of Sullivan, John Doe, and Jane Doe,
             Defendants.
------------------------------------X

       Whereas the above entitled action having been assigned to the Honorable Stephen C. Robinson, U.S.D.J., and the Court thereafter on June 16, 2010, having handed down an Order (Docket #29), dismissing plaintiff's claims for violations of due process, both procedural and substantive, plaintiff's first amendment claim, and equal protection claim with respect to Ms. Rourke and Ms. Parlow, and there being no just reason for delay, it is,

       **ORDERED, ADJUDGED AND DECREED:** that plaintiff's claims for violations of due process, both procedural and substantive, plaintiff's first amendment claim, and equal protection claim with respect to Ms. Rourke and Ms. Parlow are dismissed, therefore, judgment is entered in favor of defendants Pamela Rourke and Olga Parlow.


DATED: White Plains, N.Y.
            June 18, 2010

                                                                 Ruby Krajick - Clerk of Court