UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MARY JO MACE                                          05 CV 02786 (SCR)
              Plaintiff,                         PARTIAL
                                                                  JUDGMENT

    -against-

COUNTY OF SULLIVAN, DANIEL BRIGGS,
Individually and as County Manager fo Sullivan
County, OLGA PARLOW, Individually and as
County Treasurer of the County of Sullivan,
PAMELA ROURKE, Individually and as
Commissioner of Personnel of the County of
Sullivan, HARVEY SMITH, Individually and as
Commissioner of General Services of the County
of Sullivan, John Doe, and Jane Doe,
              Defendants.
------------------------------------X

       Whereas the above entitled action having been assigned to the Honorable Stephen C. Robinson, U.S.D.J., and the Court thereafter on June 16, 2010, having handed down an Order (Docket #29), dismissing plaintiff's claims as to all defendants for violations of first amendment and due process rights, both procedural and substantive, and dismissing plaintiff's equal protection claims with respect to Ms. Rourke and Ms. Parlow, it is,

       **ORDERED, ADJUDGED AND DECREED:** that plaintiff's claims as against all defendants for violations of due process, both procedural and substantive, and first amendment rights are dismissed, and plaintiff's equal protection claim with respect to Ms. Rourke and Ms. Parlow are also dismissed, and therefore judgment is entered in favor of all defendants except for the remaining equal protection claims against Mr. Briggs and Mr. Smith.

DATED: White Plains, N.Y.
            June 25, 2010

                                                  Ruby Krajick - Clerk of Court