UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARY JO MACE                    PLAINTIFF          05 Civ 2786
                                                   (SCR)     -
                    - against -                    NOTICE OF
                                                   APPEAL IN A CIVIL
                                                   CASE

COUNTY OF SULLIVAN; DANIEL BRIGGS,
INDIVIDUALLY AND AS COUNTY MANAGER
OF THE COUNTY OF SULLIVAN; OLGA PARLOW,
INDIVIDUALLY AND AS COUNTY TREASURER
OF THE COUNTY OF SULLIVAN; PAMELA ROURKE,
INIVIDUALLY AND AS COMMISSIONER OF
PERSONNEL OF THE COUNTY OF SULLIVAN;
HARVEY SMITH, INDIVIDUALLY AND AS
COMMISSIONER OF GENERAL SERVICES OF
THE COUNTY OF SULLIVAN; JOHN DOE; AND
JANE DOE                        DEFENDANTS



---

Notice is hereby given that MARY JO MACE, PLAINTIFF hereby appeals to the
United States Court of Appeals for the Second Circuit from the Judgment
ENTERED HEREIN ON THE I8TH DAY OF JUNE, 2010, AS AMENDED BY
JUDGMENT ENTERED HEREIN ON THE 25TH DAY OF JUNE, 2010 AND
FROM SAID AMENDED JUDGMENT ENTERED ON THE 25TH DAY OF
JUNE 2010 TO THE EXTENT THAT SAID JUDGMENTS DISMISS THE
CLAIMS AGAINST ALL DEFENDANTS FOR VIOLATIONS OF DUE
PROCESS, BOTH SUBSTANTIVE AND PROCEDUIRAL, AND HER FIRST
AMENDMENT RIGHTS AND TO THE EXTENT THAT SAID JUDGMENTS
ADOPT THE REPORT AND RECOMMENDATION OF THE HONORABLE
GEORGE A. YANTHIS, UNITED STATES MAGISTRATE JUDGE, DATED
NOVEMBER 13, 2007, AND FROM SAID REPORT AND
RECOMMENDATION TO THE EXTENT THAT THEY DISMISS
PLAINTIFF'S CLAIMS FOR VIOLATION OF DUE PROCESS, BOTH
PROCDEDURAL AND SUBSTANTIVE AND HER FIRST AMENDMENT
CLAIM BY ORDER in this action on the 13TH day of FEBRUARY, 2009.

MARY JO MACE
BY

_____ Signature
STEPHEN L. OPPENHEIM (S0) (6643)
ATTORNEY

20 E. 9TH STREET
NEW YORK, NEW YORK 10003
(212) 673 5887

DATED:  JULY  13, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

MARY JO MACE.

                    PLAINTIFF,

        VS

COUNTY OF SULLIVAN; DANIEL
BRIGGS, INDIVIDUALLY AND AS
COUNTY MANAGER OF THE COUNTY
OF SULLIVAN; OLGA PARLOW,
INDIVIDUALLY AND AS COUNTY
TREASURER OF THE COUNTY OF
SULLIVAN; PAMELA ROURKE,
INIVIDUALLY AND AS
COMMISSIONER OF PERSONNEL
OF THE COUNTY OF SULLIVAN;
HARVEY SMITH, INDIVIDUALLY
AND AS COMMISSIONER OF GENERAL
SERVICES OF THE COUNTY OF
SULLIVAN; JOHN DOE; AND
JANE DOE

                    DEFENDANT.

---------------------------------------------------------x

CASE NO. 05-CIV.-2786
(SCR)

AFFIDAVIT IN SUPPORT
OF PLAINTIFF'S APPLICATION
FOR LEAVE TO RE-PLEAD AND
IN OPPOSITION TO
DEFENDANTS' MOTION TO
DISMISS

NOTICE OF APPEA

_____
STEPHEN L. OPPENHEIM (SO6643)
ATTORNEY FOR PLAINTIFF
20 EAST 9TH STREET – 8P
NEW YORK, NEW YORK 10003
212 673 5887