05cv2786(SCR)

**MANDATE**

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 28th day of September, two thousand and ten,

_____

Mary Jo Mace,

Plaintiff - Appellant,

v.

County of Sullivan, Daniel Briggs, individually and as County manager of County of Sullivan, Olga Parlow, Individually and as County Treasurer of the County of Sullivan, Pamela Rourke, individually and as Commissioner of Personel of the County of Sullivan, Harvey Smith, Individually and as Commissioner of General Services of the County of Sullivan, John Doe, Jane Doe,

Defendants - Appellees.

_____

**ORDER**

Docket Number: 10-2884

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/29/2010

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42. Each party has submitted a separate electronically signed counterpart reflecting the negotiated terms of the stipulation.

The stipulations are hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe, Clerk

Yana Segal, Deputy Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/28/2010