UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MARY JO MACE,

                    Plaintiff,     : Case No. 05-cv-2786 (KMW)

      -against-

COUNTY OF SULLIVAN; DANIEL BRIGGS,
Individually and as County Manager of the COUNTY
OF SULLIVAN; OLGA PARLOW, Individually and
As THE COUNTY TREASURER of the COUNTY OF
SULLIVAN; PAMELA ROURKE, Individually and as
COMMISSIONER OF PERSONNEL of the COUNTY
OF SULLIVAN; HARVEY SMITH, Individually and
As COMMISSIONER OF GENERAL SERVICES of
the COUNTY OF SULLIVAN; JOHN DOE: and
JANE DOE

                    Defendants.
-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 5/24/12

## STIPULATION OF VOLUNTARY DISMISSAL/WITHDRAWAL

     **WHEREAS**, Plaintiff commenced this action against Defendants pursuant to First, Fourth and Fifth Amendments to the Constitution of the United States and 42 U.S.C. Sections 1983 and 1988, and

     **WHEREAS**, on November 13, 2007 Magistrate Yanthis recommended to U. S. District Judge Stephen Robinson that the motion of the individual Defendants Briggs, Parlow, Rourke and Smith to dismiss all claims against them be granted except as to the Equal Protection claim against Defendants Briggs and Smith and that all claims against the County Defendant be dismissed except as to the Equal Protection claim, and

**WHEREAS**, on February 11, 2009 District Judge Robinson adopted the Report and Recommendation of Magistrate Judge Yanthis. Plaintiff's claims for violations of due process, both procedural and substantive and the First Amendment were dismissed, the latter without prejudice. Plaintiff's equal protection claim was dismissed with respect to Defendant Rourke and Defendant Parlow.

**IT IS HEREBY STIPULATED AND AGREED,** by and among Michael H. Sussman, Esq., attorney for the Plaintiff Mary Jo Mace, the Plaintiff Mary Jo Mace and Samuel S. Yasgur, County Attorney for the County of Sullivan, counsel for Defendants that:

1. Plaintiff has conferred with her counsel Michael H. Sussman, and

2. Plaintiff, after being advised of her legal rights, has determined to withdraw the Equal Protection claim against Defendants County of Sullivan, Daniel Briggs and Harvey Smith, with prejudice.

**WHEREFORE**, it is stipulated and agreed that the Equal Protection claims against the County of Sullivan, Daniel Briggs and Harvey Smith are hereby withdrawn with prejudice and without costs.

Dated: New York, New York
       December 22, 2011

*S. Yasgur*
_____
Samuel S. Yasgur (SSY7712)
County Attorney, Sullivan County
Attorney for Defendants County of
Sullivan, Briggs, Parlow, Rourke, Smith,
John Doe and Jane Doe
100 North Street, P.O. Box 5012
Monticello, New York 12701

_____
Michael H. Sussman, Esq.
Sussman & Watkins
Attorneys for Plaintiff Mary Jo Mace
P. O. Box 1005
Goshen, NY 10924

*Mary Jo Mace*
_____
Mary Jo Mace
Plaintiff

**SO ORDERED**

*[signature]* 5/23/12
_____
Hon. George A. Yanthis
United States Magistrate Judge