UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARY JO MACE          PLAINTIFF

        - against -

COUNTY OF SULLIVAN; DANIEL BRIGGS,
INDIVIDUALLY AND AS COUNTY MANAGER
OF THE COUNTY OF SULLIVAN; OLGA PARLOW,
INDIVIDUALLY AND AS COUNTY TREASURER
OF THE COUNTY OF SULLIVAN; PAMELA ROURKE,
INIVIDUALLY AND AS COMMISSIONER OF
PERSONNEL OF THE COUNTY OF SULLIVAN;
HARVEY SMITH, INDIVIDUALLY AND AS
COMMISSIONER OF GENERAL SERVICES OF
THE COUNTY OF SULLIVAN; JOHN DOE; AND
JANE DOE          DEFENDANTS

05 Civ 2786
(SCR)
NOTICE OF
APPEAL IN A CIVIL
CASE



U.S. DISTRICT COURT FILED JUN 22 2012 D.S. S.D. OF N.Y.

---

Notice is hereby given that MARY JO MACE, PLAINTIFF hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment ENTERED HEREIN ON THE 18TH DAY OF JUNE, 2010, AS AMENDED BY JUDGMENT ENTERED HEREIN ON THE 25TH DAY OF JUNE, 2010 AND FROM SAID AMENDED JUDGMENT ENTERED ON THE 25TH DAY OF JUNE 2010 AND THE ORDER OF DISMISSAL FILED MAY 24, 2012 TO THE EXTENT THAT SAID JUDGMENTS DISMISS THE CLAIMS AGAINST ALL DEFENDANTS FOR VIOLATIONS OF DUE PROCESS, BOTH SUBSTANTIVE AND PROCEDUIRAL, AND HER FIRST AMENDMENT RIGHTS AND TO THE EXTENT THAT SAID JUDGMENTS ADOPT THE REPORT AND RECOMMENDATION OF THE HONORABLE GEORGE A. YANTHIS, UNITED STATES MAGISTRATE JUDGE, DATED NOVEMBER 13, 2007, AND FROM SAID REPORT AND RECOMMENDATION TO THE EXTENT THAT THEY DISMISS PLAINTIFF'S CLAIMS FOR VIOLATION OF DUE PROCESS, BOTH PROCDEDURAL AND SUBSTANTIVE AND HER FIRST AMENDMENT CLAIM BY ORDER in this action on the 13TH day of FEBRUARY, 2009.

           MARY JO MACE
           BY

           _____ Signature
           STEPHEN L. OPPENHEIM (SO) (6643)
           ATTORNEY
           20 E. 9TH STREET
           NEW YORK, NEW YORK 10003
           (212) 673 5887

DATED: JUNE 22, 2012