N.Y.S.D. Case # 05-cv-2786(GAY)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 7th day of September, two thousand and twelve,

_____

Mary Jo Mace,

Plaintiff - Appellant,

v.

County of Sullivan, Daniel Briggs, individually and as County manager of County of Sullivan, Olga Parlow, Individually and as County Treasurer of the County of Sullivan, Pamela Rourke, individually and as Commissioner of Personel of the County of Sullivan, Harvey Smith, Individually and as Commissioner of General Services of the County of Sullivan, John Doe, Jane Doe,

Defendant - Appellees.

_____

ORDER
Docket Number: 12-2587

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 07, 2012

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/07/2012